

U.S. Department of Justice

Channing D. Phillips
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 19, 2017

Joseph Scrofano, Esq.
406 5th Street NW, Suite 100
Washingto, D.C. 20001
Counsel for the Defendant Subgidio

<u>United States v. Kelvin Subgidio</u>, 17-CR-00063-01 (KBJ)

Dear Counsel:

By this letter, the government is memorializing the full extent of the discovery the government hand-delivered to you on May 19, 2017.

**DOCUMENTS:** The following documents are enclosed:

- MPD 163 - Arrest Report for Kelvin Subgidio, dated 12/31/2016, 27 pages.
- MPD - Arrestee's Injury/ Illness Report of Kelvin Subgidio, dated 12/31/2016, 4 pages.
- MPD - Certificate of Record/No Record of Firearms Registration Certificate dated 1/2/2017, 2 pages.
- Department of Forensic Science D.C. – Report of Examination, dated 01/05/2017, 8 pages.
- MPD- Drug Interdiction Unit/ Seizure List, 1 page.
- USDOJ- Report of Drug Property Collected, Purchase, dated 12/31/16, 1 page.
- USDOJ- DEA Chemical Analysis Report dated 03/01/17, 6 pages.
- Superior Court Search Warrant, dated 03/06/2017, 6 pages.
- Superior Court Search Warrant, dated 02/09/2017, 6 pages.
- Superior Court Search Warrant Return, 3 pages.
- Superior Court Complaint 12/31/2016, 3 pages.
- CD containing numerous photos of crime scene and search warrant.

1

If you have any questions or concerns, please do not hesitate to contact me at (202) 252-7692.

        Sincerely yours,

        CHANNING D. PHILLIPS
        UNITED STATES ATTORNEY

BY: _____/s/_____
        Emory V. Cole
        Veronica Jennings
        Assistant United States Attorneys
        202-252-7692



U.S. Department of Justice

Channing D. Phillips
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 19, 2017

Carlos Vanegas, Esq.
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Suite 550
Washington, D.C. 20001

<u>United States v. Briana Barnes</u>, 17-CR-00063-02 (KBJ)

Dear Counsel:

I write to provide you with discovery in the above-titled case.

**DOCUMENTS:** The following documents are enclosed:

- MPD 163 - Arrest Report for Kelvin Subgidio and Briana Barnes, dated 12/31/2016, 27 pages.
- MPD - Arrestee's Injury/ Illness Report of Kelvin Subgidio, dated 12/31/2016, 4 pages.
- MPD - Certificate of Record/No Record of Firearms Registration Certificate dated 1/2/2017, 2 pages.
- Department of Forensic Science D.C. – Report of Examination, dated 01/05/2017, 8 pages.
- MPD- Drug Interdiction Unit/ Seizure List, 1 page.
- USDOJ- Report of Drug Property Collected, Purchase, dated 12/31/16, 1 page.
- USDOJ- DEA Chemical Analysis Report dated 03/01/17, 6 pages.
- Superior Court Search Warrant, dated 03/06/2017, 6 pages.
- Superior Court Search Warrant, dated 02/09/2017, 6 pages.
- Superior Court Search Warrant Return, 3 pages.
- Superior Court Complaint 12/31/2016, 3 pages.
- CD containing numerous photos of crime scene and search warrant.

If you have any questions or concerns, please do not hesitate to contact me at (202) 252-7692.

                              Sincerely yours,

                              CHANNING D. PHILLIPS
                              UNITED STATES ATTORNEY

BY:   /s/ Emory V. Cole
                              Emory V. Cole
                              Veronica Jennings
                              Assistant United States Attorneys
                              202-252-7692



U.S. Department of Justice

Channing D. Phillips
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 24, 2017

Joseph Scrofano, Esq.
406 5th Street NW, Suite 100
Washingto, D.C. 20001
Counsel for the Defendant Subgidio

<u>United States v. Kelvin Subgidio</u>, 17-CR-00063-01 (KBJ)

Dear Counsel:

I write to provide you with additional discovery in the above-titled case.

**DOCUMENTS:** The following documents are enclosed:

- DVD video statement for Kelvin Subgidio, dated 12/31/2016
-

If you have any questions or concerns, please do not hesitate to contact me at (202) 252-7692.

Sincerely yours,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

BY: _____
Emory V. Cole
Veronica Jennings
Assistant United States Attorneys
202-252-7692

1



U.S. Department of Justice

Channing D. Phillips
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 24, 2017

Carlos Vanegas, Esq.
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Suite 550
Washington, D.C. 20001

<u>United States v. Briana Barnes</u>, 17-CR-00063-02 (KBJ)

Dear Counsel:

I write to provide you with additional discovery in the above-titled case.

**DOCUMENTS:** The following documents are enclosed:

- DVD video statement for Briana Barnes dated 12/31/2016

If you have any questions or concerns, please do not hesitate to contact me at (202) 252-7692.

Sincerely yours,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

BY: _____
Emory V. Cole
Veronica Jennings
Assistant United States Attorneys
202-252-7692

1



U.S. Department of Justice

Channing D. Phillips
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 9, 2017

Joseph Scrofano, Esq.
406 5th Street NW, Suite 100
Washingto, D.C. 20001
Counsel for the Defendant Subgidio

United States v. Kelvin Subgidio, 17-CR-00063-01 (KBJ)

Dear Counsel:

I write to provide you with additional discovery in the above-titled case.

**DOCUMENTS:** The following documents are enclosed:

- DVD video statement for Briana Barnes, dated 12/31/2016
- CD of search warrant of defendant's Subgidio Samsung cellphone recovered at the time of his arrest
- Latent fingerprint report and result analysis (4 pages)
- ATF report on firearm recovered from defendant's Subgidio's vehicle (4 pages)

- Regarding the buccal swabs taken from defendant Subgidio and DNA testing of the firearm recovered from defendant Subgidio's vehicle; today the government learned that there had not been a request for examination submitted. Consequently, we ordered DNA analysis of the firearm today and the results of that analysis will come back on or about August 18, 2017.

1

As always, if you have any questions or concerns, please do not hesitate to contact us at (202) 252-7692.

Sincerely yours,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

BY: _____
Emory V. Cole
Veronica Jennings
Assistant United States Attorneys
202-252-7692

2



U.S. Department of Justice

Channing D. Phillips
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 9, 2017

Carlos Vanegas, Esq.
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Suite 550
Washington, D.C. 20001

                    United States v. Briana Barnes, 17-CR-00063-02 (KBJ)

Dear Counsel:

    I write to provide you with additional discovery in the above-titled case.

    **DOCUMENTS:** The following documents are enclosed:

- DVD video statement for Kelvin Subgidio, dated 12/31/2016
- CD of search warrant of defendant Subgidio Samsung cellphone recovered at the time of his arrest
- Latent fingerprint report and result analysis (4 pages)
- ATF report on firearm recovered from defendant Subgidio's vehicle (4 pages)

- Regarding the buccal swabs taken from defendant Subgidio and DNA testing of the firearm recovered from defendant Subgidio's vehicle; today the government learned that there had not been a request for examination submitted. Consequently, we ordered DNA analysis of the firearm today and the results of that analysis will come back on or about August 18, 2017.

1

As always, if you have any questions or concerns, please do not hesitate to contact us at (202) 252-7692.

Sincerely yours,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

BY: _____
Emory V. Cole
Veronica Jennings
Assistant United States Attorneys
202-252-7692

2